**STATE OF WEST VIRGINIA**
**SUPREME COURT OF APPEALS**

Tina W.,
**Petitioner Below, Petitioner**

**v.) No. 24-464** (ICA No. 23-ICA-396)

**Spencer W.,**
**Respondent Below, Respondent**

**MEMORANDUM DECISION**

Petitioner Tina W. appeals the memorandum decision of the Intermediate Court of Appeals of West Virginia ("ICA") affirming the Family Court of Taylor County's July 27, 2023, orders dismissing and/or denying her various pleadings concerning the respondent's continued contempt. *See Tina W. v. Spencer W.*, No. 23-ICA-396, 2024 WL 3252329 at *3 (W. Va. Ct. App. July 1, 2024) (memorandum decision). The respondent did not participate in the appeal.[1]

On appeal of a final order of a family court from the ICA, this Court reviews the family court's findings of fact for clear error, the family court's application of law to the facts for an abuse of discretion, and questions of law de novo. *See* Syl. Pt. 3, *Christopher P. v. Amanda C.*, 250 W. Va. 53, 902 S.E.2d 185 (2024). The issue presented on appeal is whether the ICA erred in affirming the family court's actions. A careful review of the appendix record and the petitioner's brief indicates that the petitioner made several filings regarding the respondent's continued contemptuous conduct *after* the family court instructed her that this was unnecessary, as it considered her previously filed contempt petitions to be ongoing. Accordingly, the family court dismissed and/or denied the petitioner's superfluous pleadings. A family court has the authority to "[m]anage the business before [it]." W. Va. Code § 51-2A-7(a)(1). We discern no reversible error and summarily affirm. *See* W. Va. R. App. P. 21(c).[2]

Affirmed.

**ISSUED:**

---

[1] The petitioner is self-represented. We use initials where necessary to protect the identities of those involved in this case. *See* W. Va. R. App. Proc. 40(e).

[2] We also deny the petitioner's September 9, 2025, motion requesting that this Court enforce sanctions against the respondent for failing to file a response brief.

**CONCURRED IN BY:** June 1, 2026

Chief Justice C. Haley Bunn
Justice William R. Wooton
Justice Charles S. Trump IV
Justice Thomas H. Ewing
Justice Gerald M. Titus III